Opinion issued April 17, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00871-CV






SHAWNS AUTO PART MECHANIC AND BODY SHOP, Appellant


V.


ARTURO CASTILLO, Appellee






On Appeal from the 151st District Court 

Harris County, Texas

Trial Court Cause No. 2003-02475






MEMORANDUM OPINION Appellant Shawns Auto Part Mechanic and Body Shop has neither established
indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent), 20.1 (listing requirements for establishing
indigence); see also Tex. Gov't Code Ann. §§ 51.207 (Vernon 2005), 51.208
(Vernon Supp. 2007); 51.941(a) (Vernon 2005), 101.041 (Vernon Supp. 2007)
(listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in court of
appeals). After being notified that this appeal was subject to dismissal, appellant
Shawns Auto Part Mechanic and Body Shop did not adequately respond. See Tex.
R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal
of case).

 We dismiss the appeal for nonpayment of all required fees. We deny all
pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.